419 A.2d 192

Commonwealth v. Paschal, Appellant.

Submitted October 26, 1978. Patrick McFalls, Assistant Public Defender, for appellant; Robert L. Eberhart, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

July 20, 1979.

419 A.2d 192

Commonwealth v. Figueroa, Appellant.

Submitted December 8, 1978. Thomas G. Klingensmith, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.